```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OSMAN PEREZ,

                      **Plaintiff,**                      16-CV-5869 (SN)

      -against-                        ORDER OF DISMISSAL

PRINCE ST PIZZA CORP., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, parties consented to my jurisdiction for all purposes under 28 U.S.C. § 636(c) on May 31, 2017. ECF No. 25. On June 2, 2017, the parties informed the Court that they had reached a proposed settlement, and on June 19, 2017, the parties filed the settlement agreement for my review. ECF No. 29.

      Having reviewed the proposed settlement under the standard set forth in <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015), the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    June 21, 2017
                 New York, New York